KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
Fax: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R.E.M. International, a California Partnership, appearing through its Managing Partner, Peter V.G. Jefferson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　Defendants. | No. C 05-5081-JCS<br><br>**STIPULATION TO CHANGE CASE SCHEDULING ORDER; AND [PROPOSED] ORDER** |

　　Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, as follows:

　　(1) The plaintiff filed his complaint in the above-captioned action on December 8, 2005.

　　(2) The United States Attorney's Office was served with the complaint on March 1, 2006.

　　(3) The defendants' answer to the complaint is due on May 1, 2006.

　　(4) In light of the fact that a case management conference is scheduled for April 6, 2006, before the defendants' answer is due, the parties stipulate to the following revised dates in this Court's

Stipulation to Change Case Scheduling Order; and [Proposed] Order
C 05-5081-JCS　　　　　　　　　　　　　　1

case schedule:

| | | |
|---|---|---|
| 06/02/06 ~~6/9/1006~~ | | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| 06/02/06 ~~6/9/06~~ | | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference |
| 06/09/06 ~~6/16/06~~ | | Last day to complete initial disclosures or state objections, file/serve Case Management Statement, and file/serve Rule 26(f) Report |
| 06/16/06 ~~6/23/06~~ | | Case Management Conference, at 1:30 p.m. |

Date: March 29, 2006                    Respectfully submitted,

                                        KEVIN V. RYAN
                                        United States Attorney


                                        /s/ Edward A. Olsen
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Defendants


Date: March 29, 2006                    /s/ Carleton L. Briggs
                                        CARLETON L. BRIGGS
                                        Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED AS MODIFIED

Date:   March 29, 2006
                                        _____
                                        JOSEPH C. SPERO
                                        United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

Stipulation to Change Case Scheduling Order; and [~~Proposed~~] Order
C 05-5081-JCS                                   2