IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R.E.M. INTERNATIONAL, a California Partnership, appearing through its Managing Partner, PETER V.G. JEFFERSON,

    Plaintiff,

  v.

UNITED STATES DEPARTMENT OF STATE, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

No. C 05-05081 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **GRANTS** a continuance of the case management conference to **JULY 20, 2006, AT 11:00 A.M.**  Please file a joint case management statement no later than July 13, 2006.

**PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: June 26, 2006.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE