| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| R.E.M. International, a California Partnership, appearing through its Managing Partner, Peter V.G. Jefferson, | ) ) ) ) | No. C 05-05081-WHA |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF STATE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) ) ) ) ) | **JOINT STATUS REPORT**<br><br>Date: December 7, 2006<br>Time: 11:00 a.m. |
| Defendants. | ) ) | |

      The parties to the above-entitled action hereby submit this joint status report.

      (1) The plaintiff filed this action on December 8, 2005, seeking damages under the Federal Tort Claims Act (FTCA), alleging the Department of State wrongfully recommended revocation of a visa petition and that the United States Citizenship and Immigration Services wrongfully revoked its previously-granted visa petition.

      (2) At the case management conference held on July 20, 2006, this Court stayed the action in light of the fact that an appeal of a related case – *R.E.M. Int'l v. Neufeld*, C-04-1245-WHA (N.D.

JOINT STATUS REPORT
C 05-05081-WHA                        1

Cal) (granting the government's motion for summary judgment in plaintiff's action under the APA challenging United States Citizenship and Immigration Services' decision to revoke approval of plaintiff's visa petition) – was pending at the United States Court of Appeals for the Ninth Circuit. *See R.E.M. Int'l v. Neufeld*, 9th Cir. Appeal No. 04-17498. The Court scheduled a status conference for December 7, 2006.

(3) The Ninth Circuit heard oral argument in *R.E.M. Int'l v. Neufeld*, 9th Cir. Appeal No. 04-17498, on November 14, 2006.

(4) In light of the fact that the Ninth Circuit has not yet issued its opinion in *R.E.M. Int'l v. Neufeld*, 9th Cir. Appeal No. 04-17498, the parties respectfully ask this Court to continue the date of the status conference, which is currently scheduled for December 7, 2006.

(5) The parties will promptly advise this Court of the issuance of the Ninth Circuit's opinion in *R.E.M. Int'l v. Neufeld*, 9th Cir. Appeal No. 04-17498, and will promptly request a status conference upon the issuance of the Ninth Circuit's opinion, subject to approval of the Court.

6) A further case management conference is set for June 7, 2007 at 11:00 AM. Parties shall file a joint case management statement by May 31, 2007.

Date: December 4, 2006         Respectfully submitted,

                               KEVIN V. RYAN
                               United States Attorney


                                /s/
                               EDWARD A. OLSEN
                               Assistant United States Attorney
                               Attorneys for Defendants


Date: December 4, 2006          /s/
                               CARLETON L. BRIGGS
                               Attorney for Plaintiff


Date: December 7, 2006
                               _____
                               WILLIAM ALSUP
                               United States District Judge

JOINT STATUS REPORT
C 05-05081-WHA                          2