```
1   Russell A. Robinson, SBN 163937
    Law Office of Russell A. Robinson, APC
2   345 Grove Street, First Floor
    San Francisco CA 94102
3   Telephone: 415.255.0462
    Facsimile: 415.431.4526
4   E-mail: rarcases@yahoo.com

5   Attorney for Plaintiff
    R.E.M. INTERNATIONAL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| R.E.M. INTERNATIONAL, | ) No.  C-05-5081-WHA |
| Plaintiff, | ) **PLAINTIFF'S SUBSTITUTION OF** |
| v. | ) **ATTORNEYS; ORDER THEREON** |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) [Trial date:   No date set] |
| Defendants. | ) |

TO THE HONORABLE COURT HEREIN, AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE notice that, through the present, Plaintiff R.E.M. INTERNATIONAL has been represented in the above-entitled matter by attorney Carleton L. Briggs. However, Plaintiff wishes to be represented by new counsel. Plaintiff hereby makes the following substitution of counsel in this matter:

Plaintiff's new counsel of record shall be Russell A. Robinson, Law Office of **Russell A. Robinson**, APC, 345 Grove Street, First Floor, San Francisco CA 94102, 415.255.0462.

*REM International v. US Dept. Of State, et al. (No. C-05-5081-WHA)*
PLAINTIFF'S SUBSTITUTION OF
ATTORNEYS; ORDER THEREON                                      06/REMP001.SUBST

1  I hereby agree and consent to the above substitution.

2

3  Date: March 16, 2007                     /s/ PETER JEFFERSON
                                        By: Plaintiff R.E.M. INTERNATIONAL

4  I consent to be counsel of record for Plaintiff R.E.M. INTERNATIONAL from the date

5  of this filing.

6

7  Date: March 21, 2007                     /s/ Russell A. Robinson
                                        By: Russell A. Robinson
                                            Law Office of Russell A. Robinson, APC
8                                           Counsel for Plaintiff R.E.M. INTERNATIONAL

9

10  I consent to be removed as counsel of record for Plaintiff R.E.M. INTERNATIONAL

11  from the date of this filing.

12

13  Date: March ___, 2007                    /s/ Carleton L. Briggs
                                        By: Carleton L. Briggs

14

15

16

17                                    **ORDER**

18  Good cause appearing, the substitution is hereby permitted.

19  **IT IS SO ORDERED.**

20

21  Date: March 22, 2007                  _____
                                        Honorable William H. Alsup
22                                      United States District Court, N. Dist. of Cal.

*IT IS SO ORDERED*
*Judge William Alsup*

23

24

25

26

*REM International v. US Dept. Of State, et al. (No. C 05-5081 WHA);*
PLAINTIFF'S SUBSTITUTION OF
ATTORNEYS; ORDER THEREON                - 2 -                        06/REMP001.SUBST