IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.E.M. INTERNATIONAL, a California Partnership, appearing through its Managing Party, Peter V. G. Jefferson,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE, UNITED STATES DEPARTMENT OF HOMELAND SECURITY AND UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,<br><br>    Defendants.<br>                                                   / | No. C 05-05081 WHA<br><br>**AMENDED ORDER SETTING SCHEDULE FOR MOTION TO DISMISS** |

The government's motion to dismiss must be filed by **AUGUST 10, 2007**. Plaintiff's opposition is due by **AUGUST 24, 2007**. The government's reply is due by **AUGUST 31, 2007**. The motion will be heard at **8:00 A.M.** on **SEPTEMBER 13, 2007**.

**IT IS SO ORDERED.**

Dated: June 7, 2007.

                                                              WILLIAM ALSUP<br>
                                                              UNITED STATES DISTRICT JUDGE