1  SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6     Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  R.E.M. International, a California          )    No. C 05-05081-WHA
Partnership, appearing through its          )
14  Managing Partner, Peter V.G. Jefferson,     )
                                                )
15            Plaintiff,                         )    **STIPULATION TO EXTEND DUE DATE**
                                                )    **OF THE GOVERNMENT'S REPLY; AND**
16       v.                                      )    ~~[PROPOSED]~~ **ORDER**
                                                )
17  UNITED STATES DEPARTMENT OF              )
STATE; UNITED STATES                        )
18  DEPARTMENT OF HOMELAND                   )
SECURITY; UNITED STATES                     )
19  CITIZENSHIP AND IMMIGRATION              )
SERVICES,                                   )
20                                              )
            Defendants.                         )
21  _____)

22       Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to extend the due date for the

24  government's reply in light of the following:

25       (1)  The government filed a motion to dismiss on August 10, 2007.

26       (2)  Pursuant to this Court's Amended Order Setting Schedule For Motion To Dismiss, the

27  plaintiff's opposition was due on August 24, 2007, and the government's reply is due August 31,

28  2007.

STIPULATION TO EXTEND DUE DATE OF GOVERNMENT'S REPLY
C 05-05081-WHA                                   1

1    (3)  Although the plaintiff e-filed its opposition to the government's motion to dismiss on

2  August 24, 2007, only the first page of the 15-page opposition appeared in English of the Court's

3  Electronic Case Filing system (see docket entry no. 39).

4    (4)  Although the government notified the plaintiff of the e-filing problem on Monday

5  morning, August 27, 2007, because of counsel's unavailability and subsequent software problems,

6  the plaintiff was unable to correct the problem and provide the government with a legible copy of

7  the opposition until the morning of August 29, 2007.

8    (5) The parties therefore agree, subject to approval of the Court, that the government will have

9  until September 5, 2007, to file its reply.

10

11  Date: August 30, 2007                    Respectfully submitted,

12                                           SCOTT N. SCHOOLS
                                             United States Attorney
13

14
                                                   /s/
15                                           EDWARD A. OLSEN
                                             Assistant United States Attorney
16                                           Attorneys for Defendants

17

18  Date: August 30, 2007                          /s/
                                             RUSSELL A. ROBINSON
19                                           Attorney for Plaintiff

20

21                          **ORDER**

22     Pursuant to stipulation, there being good cause therefor, IT IS SO ORDERED.

23

24  Date:  August 31, 2007

25  WIL_____
    Uni_____ States District Judge

26

27

28

STIPULATION TO EXTEND DUE DATE OF GOVERNMENT'S REPLY
C 05-05081-WHA                           2